# UNITED STATES DISTRICT COURT

*For*
*The District of Rhode Island*

CA 06 87ML

Jose Franco

(Enter the full name(s) of the Plaintiff(s) in this action)

vs.

Civil Action No. ________

C/o guilBuilT

DeputYwArden Miss collins

(Enter the full name(s) of the Defendant(s) in this action)

PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes: ________ No: ✓

B. If your answer to "A" is yes, describe each lawsuit in the space below.(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: Jose Franco

Defendants: C/o guilBuilT And DepuTy wArden Miss collins

2. Court where action was filed(if federal, give the district; or if state, give the county):
UNITED STATES DISTRICT COURT

3. Please give docket number(s): ____________

4. Name of Judge to whom case was assigned: ____________

5. Disposition of case(for example, was the case dismissed or appeal, or is it still pending)
____________

6. Approximate date of filing lawsuit: 2/21/06

7. Approximate date of disposition: ____________

II. PLACE OF PRESENT CONFINEMENT

A. Did you present the facts relating to this complaint to the Warden or any of the prison officials?
I presented the fact to c/o quilbuilt And Deputy warden miss Collins

B. If your answer was Yes:

1. What steps did you take? The grievance procedure of the D.O.C policy 13.10

2. What was the result(s): No response yet

C. If your answer is NO, explain why not: I'm waiting for Mr. McCutcheon To respond To Level 1 of The 13.10 grievance policy

III. PARTIES

In item "A" below, place your name in the first blank. Do the same for for any additional parties, if any.

A. Name of Plaintiff: Jose Franco

In item "B" below, place the full name of the Defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, position and places of employment of any additional Defendants.

B. Defendant C/O guilBuilT is employed as CorrecTionAl officer at AdulT correcTionAl institution

C. Additional Defendants: DepuTy wArden Miss collins

.

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

my religious Books Are being reTurned To Sender for The following reasons Because They did noT come from A STore or publisher MAil officer c/o guilBuilT WAS TAmpering And sTill is reTurning my religious maTerial on 1/10/06 I Also informed S.I.U. in which SIU SenT The leTTer To DepuTy warden collins Also BuT no AcTion was Taken By Her concerning my ouTgoing And incoming mail on 11/28/05 And I HAd To inform The posT MAsTer AT The garden ciTy posToffice on 12/7/2005 And on 10/7/05 Also concerning my incoming And ouTgoing mail The facTs To This I need my mail coming in And going ouT properly By mail officer c/o guilBuilT And DepuTy warden Miss collins

V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

MAil policy page 14 policy #2401-4 SHould be posTed on And All Mods of HigH SecuriTy cenTer And I would like The federAl BureAu of InvesTigATion To wATcH All mAil coming in And going ouT And I m Asking The courT To Enforce THIS As soon As possible

VI. CERTIFICATION

I the undersigned, do hereby swear that the above stated facts are both true and correct, based upon my personal knowledge.

Jose Franco
(Signature of Plaintiff)

(Additional Plaintiffs)

Jose Franco
P.O. BOX 8200
Cranston, R.I. 02920
(Address for Plaintiff(s)