R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Deputy Warden Miss Collins DATE: 1/8/06

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) Im requesting your response who has denied me my publications Deputy Warden Miss Collins I sent Tony Amaral A request form saying for him to call I've been denied these publications via policy mail policy I have a grievance on clo quill built concerning this matter my 1st Amendment right is being violated because Tony Amaral has sent

INMATE NAME Jose Franco I.D.# 94098

WORK ASSIGNMENT: CELL NUMBER: E-5

H.S.C. ✓ MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

me a response back on 1-2-06 saying the publications have been denied [redacted] mail policy 24.01-4 ... Tony Amaral is saying on the response ... saying that I have been denied my own religious publications

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE

**Disposition of Case**

RESPONSE:

SIGNATURE TITLE DATE

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
| --- | --- | --- | --- |
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10

This is one of my Evidence's

NOTE * Howard v/s U.S. prisoners claim the right to the protections of the first Amendment including the free exercise of religion?