FORM 18A

Notice & Acknowledgment of
Receipt of Summons and Complaint

# United States District Court

## FOR THE DISTRICT OF RHODE ISLAND

Jose Franco

06 87 ML

vs.

CIVIL ACTION NO. ____________

Cloguil Built

## NOTICE

TO: Cloguil Built
P.O. Box 8200
CRANSTON RI 02920

The enclosed Summons and Complaint are served pursuant to Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure. You must complete the Acknowledgment part of this form and return one copy of the completed form to the sender within twenty (20) days.

You must sign and date the Acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a Summons and Complaint in any other manner permitted by law.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the Complaint within twenty (20) days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on ______________________________.

______________________________ Date: ______________________

Signature

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

Jose Franco

v.

C/o guilBuilT
DeputyWardenMissCollins

**NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL**

CASE NUMBER:

**NOTICE**

To: C/o guilBuilT DeputyWardenMissCollins
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on ____________.
Date

Jose Franco
Signature of Sender

Jose Franco
Name of Sender

P.O. Box 8200 Cranston RI 02920
Address of Sender

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ____________ at ____________
Date of Receipt / Address

Date of Signature

Signature

Name (Please Type or Print)

Relationship of Entity Served or Authority to Receive Service of Process

Current Address

AO 398 (12/93)

## NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO: (A) C/O guilBuilT DePuTy wArden Miss Collins
as (B) CorrecTionAl officer of (C) DepuTy wArden Miss collins

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed.) A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) District of Rhode Island

and has been assigned docket number (E) ____________________________.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service In order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) 30 days after the date designated below as the date on which this Notice and Request Is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days f rom that date if your address is not in any judicial district of the United States.)

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request Is being sent to you on behalf of the plaintiff, this 21 day of February, 2006

______________________________
Signature of Plaintiff's Attorney
or Unrepresented Plaintiff

A - Name of Individual defendant (or name of officer or agent of corporate defendant)
B - Title, or other relationship of Individual to corporate defendant
C - Name of corporate defendant, If any
D - District
E - Docket number of action
F- Addressee must be given at least 30 days (60 days If located In foreign country) In which to return waiver

sample only

8:72. Prisoner's Rights.

[Caption]

Civil Rights Complaint With a Jury Demand

This is a 42 USC Section 1985 action filed by JF, a state prisoner, alleging violations of his Constitutional rights and seeking monetary damages, declaratory judgment and injunctive relief. The plaintiff requests a trial by jury.

Jurisdiction

1. This action is brought against each of the defendants pursuant to 42 USC Section 1985 to remedy violations of the Fifth, Eighth and Fourteenth Amendments to the United States Constitution. This court has jurisdiction over the plaintiff's claims pursuant to 28 USC Section 1343(3). Venue is proper in the US District of RI pursuant to 28 USC Section 1391(b).

Parties

2. Plaintiff, JF is presently incarcerated at the Correctional Center, ACI, HSC, numerical system of identification No. 99098
3. Defendant, HC is the Warden of the Correctional Center and is ultimately responsible for the operation and management of the Center and for the training and supervision of correctional personnel. H-- is sued in her official and individual capacities.
4. Defendant, 9B at all times relevant is a correctional officer at the Correctional Center and is being sued in his official and individual capacities.
5. Defendants (Unknown Institutional Adjustment Committee Members), each member is being sued in his or her individual and official capacities. (Three members make up the adjustment committee.)
6. Defendant, ______ at all times relevant is being sued in h-- official and individual capacities.
7. Defendant, ______ at all times relevant is being sued in h-- official and individual capacities.
8. Defendant, ______ at all times relevant is being sued in h-- official and individual capacities.

Facts

9. [State factual allegations.]

Claims

First Cause of Action

10. The actions of the defendants stated in paragraphs 9 through 14 as incorporated herein denied plaintiff his Fifth and Fourteenth Amendment rights of the United States Constitution, federal and state statutes.

Second Cause of Action

11. Plaintiff's Eighth Amendment rights against cruel and unusual punishment was denied by the acts of each defendant, paragraphs 9 through 15 as incorporated, when plaintiff was placed in the segregation unit for 25 days without justification.

Relief

WHEREFORE, plaintiff requests this Honorable Court to grant the following relief:

A. Issue a declaratory judgment that defendants violated plaintiff's state and federal statutory rights and rights and privileges of the United States Constitution.
B. Issue an injunction ordering the defendants or their agents to refrain from placing inmates in segregation when no security issue is involved or expediting the procedures in ascertaining who was the culprit and when such a situation arises for cursory decisions.
C. Grant compensatory damages in the following amounts:

1. $200,000 against defendant 9B.
2. $200,000 against each of the remaining defendants.

D. Grant punitive damages of $______ against each of the defendants.
E. Grant such other relief as it may appear plaintiff is entitled or this court deems necessary.

Respectfully submitted,

Jose Franco

# United States District Court

## FOR THE DISTRICT OF RHODE ISLAND

Jose Franco

vs. CIVIL ACTION NO.__________

c/o guil Built

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the Summons and of the Complaint in the above-captioned matter at (insert address below):

________________________________________

________________________________________

________________________________________

________________________________

Signature

________________________________

Relationship to Entity/Authority
to Receive Service of Process

Date:____________________

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: ____________________________________________
(Name of Plaintiff's Attorney or Unrepresented Plaintiff)

I, _ , acknowledge receipt of your request

that I waive service of summons in the action of ______________________________
(Caption of Action)

which is case number _ in the UNITED STATES DISTRICT COURT
(Docket Number)

for the DISTRICT OF RHODE ISLAND.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer

or motion under Rule 12 is not served upon you within 60 days after ______________, or within 90 days
(Date Request Was Sent)
after that date if the request was sent outside the United States.

____________________
Date

____________________________________
Signature

____________________________________
Printed/Typed Name

____________________________________
For Defendant

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving costs of service of the summons and complaint. A defendant located in the United States who after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the Court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the Court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received. ..

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Jose FrANco

v.

c/o quilBuilT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _ _ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
Date Signature of Server

______________________
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.