UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSE FRANCO

v. CA 06-087 ML

GUIL BUILT, et al.

## MEMORANDUM AND ORDER

On March 2, 2006, United States Magistrate Judge Almond issued a Memorandum and Order wherein he denied Plaintiff's application to proceed *in forma pauperis.* In addition, Magistrate Judge Almond recommended that if Plaintiff failed to pay the filing fee within 30 days of his order, this matter should be dismissed pursuant to 28 U.S. C. § 1914(a) and LR Cv 5(c).

Plaintiff did not appeal from the March 2, 2006 order, nor has he paid the filing fee. Accordingly, this matter is hereby DISMISSED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
April 11, 2006